SIMON ET AL. *v.* WHARTON, TRUSTEE
IN BANKRUPTCY.

No. 72.   Decided December 18, 1967.

*Marvin Schwartz* for petitioners.

*Arthur Hill Christy* for respondent.

PER CURIAM.

Upon consideration of the joint motion to vacate, the judgments of the lower courts are vacated and the case is remanded to the United States District Court for the Southern District of New York with instructions to dismiss the case as moot.

SATTERFIELD *v.* VIRGINIA.

No. 216.   Decided December 18, 1967.

*Henry W. McLaughlin, Jr.,* for petitioner.

*J. Willard Greer* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment is reversed.   *Miranda* v. *Arizona,* 384 U. S. 436.